UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

CIVIL ACTION NO. 07-194-GWU

ROBIN WRIGHT
O.B.O. GERALDINE GROSS,                                                PLAINTIFF,


VS.                       **MEMORANDUM OPINION AND ORDER**


MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                          DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \* \*

Jonathan Lee Riches, an inmate in the Williamsburg Federal Correctional Institution, has submitted a "Notice of Entry of Appearance" in the instant case.

As noted in a Memorandum Order by Magistrate Judge J. Gregory Wehrman, "Riches has a long history of vexatious filings in the federal court system, having filed more than two thousand frivolous cases as of June 2008." In re Insurance Local Premium Tax Litigation, Civil Action No. 06-141-DLB, 06-146-DLB (E.D. Ky. September 25, 2008).  After being enjoined from filing any future civil actions in the Eastern District of Kentucky in an order by the Hon. Henry R. Wilhoit unless he submits a complaint accompanied by certain procedural safeguards, see, e.g., Riches v. Hughes, Ashland Civil Action No. 08-85, it appears that Riches is now seeking to intervene in multiple cases filed by others in an effort to circumvent Judge Wilhoit's injunction.

1

07-194 Robin Wright
O.B.O. Geraldine Gross

Riches's attempt to enter an appearance on behalf of the plaintiff in this must fail. He has not been admitted to practice before this court, pursuant to Local Rule 83.1, or met the requirements for obtaining permission to practice in a particular case, pursuant to Local Rule 83.2. Nor has he made even the sketchiest justification for doing so. Accordingly,

IT IS HEREBY ORDERED that:

(1) the motion to enter appearance is DENIED; and

(2) the Clerk of Court shall electronically serve a copy of this order upon every district judge and magistrate judge in this district in order to assist this court in policing any future attempts by Riches to circumvent the orders of the court.

This the 10th day of December, 2008.

Signed By:

G. Wix Unthank

United States Senior Judge

2